# EXHIBIT F

Get Full Access and More at ExpertConsult.com

# Volpe's Neurology of the Newborn

*Sixth Edition*



JOSEPH J. VOLPE

Terrie E. Inder • Basil T. Darras • Linda S. de Vries
André J. du Plessis • Jeffrey J. Neil • Jeffrey M. Perlman

ELSEVIER

# VOLPE'S Neurology of the Newborn

*Sixth Edition*


EDITOR-IN-CHIEF

**Joseph J. Volpe, MD**
Bronson Crothers Professor of Neurology, Emeritus
Harvard Medical School
Neurologist-in-Chief, Emeritus
Boston Children's Hospital
Boston, Massachusetts

EDITORS

**Terrie E. Inder, MBChB, MD**
Mary Ellen Avery Professor of Pediatrics in the Field of Newborn Medicine
Harvard Medical School
Chair, Department of Pediatrics/Newborn Medicine
Brigham and Women's Hospital
Boston, Massachusetts

**Basil T. Darras, MD**
Joseph J. Volpe Chair in Neurology
Harvard Medical School
Associate Neurologist-in-Chief
Chief, Division of Clinical Neurology
Boston Children's Hospital
Boston, Massachusetts

**Linda S. de Vries, MD, PhD**
Consultant Neonatologist
Wilhelmina Children's Hospital
Professor in Neonatal Neurology
University Medical Center Utrecht
Utrecht, The Netherlands

**Adré J. du Plessis, MBChB, MPH**
Division of Fetal and Transitional Medicine
Fetal Medicine Institute
Children's National Medical Center
Washington, District of Columbia

**Jeffrey J. Neil, MD, PhD**
Professor of Neurology
Department of Neurology
Boston Children's Hospital
Boston, Massachusetts

**Jeffrey M. Perlman, MBChB**
Professor of Pediatrics
Department of Pediatrics
Weill Cornell Medical College
Division Chief, Newborn Medicine
New York Presbyterian Hospital
New York, New York


ELSEVIER

ELSEVIER

1600 John F. Kennedy Blvd.
Ste 1800
Philadelphia, PA 19103-2899

VOLPE'S NEUROLOGY OF THE NEWBORN, SIXTH EDITION ISBN: 978-0-323-42876-7

**Copyright © 2018 by Elsevier, Inc. All rights reserved.**

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Details on how to seek permission, further information about the Publisher's permissions policies and our arrangements with organizations such as the Copyright Clearance Center and the Copyright Licensing Agency, can be found at our website: www.elsevier.com/permissions.

This book and the individual contributions contained in it are protected under copyright by the Publisher (other than as may be noted herein).

**Notices**

Knowledge and best practice in this field are constantly changing. As new research and experience broaden our understanding, changes in research methods, professional practices, or medical treatment may become necessary.

Practitioners and researchers must always rely on their own experience and knowledge in evaluating and using any information, methods, compounds, or experiments described herein. In using such information or methods they should be mindful of their own safety and the safety of others, including parties for whom they have a professional responsibility.

With respect to any drug or pharmaceutical products identified, readers are advised to check the most current information provided (i) on procedures featured or (ii) by the manufacturer of each product to be administered, to verify the recommended dose or formula, the method and duration of administration, and contraindications. It is the responsibility of practitioners, relying on their own experience and knowledge of their patients, to make diagnoses, to determine dosages and the best treatment for each individual patient, and to take all appropriate safety precautions.

To the fullest extent of the law, neither the Publisher nor the authors, contributors, or editors, assume any liability for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products, instructions, or ideas contained in the material herein.

Previous editions copyrighted 2008 and 2001.

**Library of Congress Cataloging-in-Publication Data**

Names: Volpe, Joseph J., editor. | Preceded by (work): Volpe, Joseph J.
Neurology of the newborn.
Title: Volpe's neurology of the newborn / editors, Joseph J. Volpe [and 6 others].
Other titles: Neurology of the newborn
Description: Sixth edition. | Philadelphia, PA : Elsevier, [2018] | Preceded by Neurology of the newborn / Joseph J. Volpe. 5th ed. c2008. | Includes bibliographical references and index.
Identifiers: LCCN 2017036645 | ISBN 9780323428767 (hardcover : alk. paper)
Subjects: | MESH: Nervous System Diseases | Infant, Newborn, Diseases | Infant, Newborn
Classification: LCC RJ290 | NLM WS 340 | DDC 618.92/01–dc23
LC record available at https://lccn.loc.gov/2017036645

*Executive Content Strategist:* Kate Dimock
*Senior Content Development Specialist:* Janice Gaillard
*Publishing Services Manager:* Patricia Tannian
*Senior Project Manager:* Claire Kramer
*Designer:* Bridget Hoette

Printed in China

Last digit is the print number: 9 8 7 6 5 4 3 2 1

ELSEVIER Book Aid International
Working together to grow libraries in developing countries
www.elsevier.com • www.bookaid.org

Chapter 13

# Pathophysiology: General Principles

Terrie E. Inder ◆ Joseph J. Volpe

Hypoxic-ischemic encephalopathy in the perinatal period is characterized by neuropathological and clinical features that constitute an important portion of neonatal neurology. To understand these features, which are discussed extensively in this unit, it is necessary to be cognizant of the pathophysiological underpinnings, including the physiological and biochemical derangements, that lead to the structural and functional manifestations of this encephalopathy. In this chapter, we first deal with the major modes of cell death in the setting of hypoxic-ischemic injury. We then review the fundamental derangements in cerebral blood flow (CBF) and energy metabolism, on a background of the normal cerebral circulation and biochemistry of the perinatal brain. Much of what we know is based on experimental data, but translational data in humans with neuroimaging supports these concepts (see later). The subsequent effects of these derangements in CBF and energy metabolism, via excitatory, oxidative, and inflammatory pathways, will then be discussed. These insights will form the foundation for reviewing approaches to neuroprotection in the term and premature brain in relation to hypoxic-ischemic injury. The applications of these principles and their related neuropathologies in the setting of the preterm and term infant's brain will be discussed in more detail in the later chapters within this unit.

## DEFINITIONS

It seems worthy at the commencement of this chapter and unit to review the key definitions that will be used. *Hypoxemia* refers to deficiency in oxygen within the circulation and at the cellular level. *Ischemia* refers to insufficient perfusion or, more specific to this setting, insufficient CBF. This deficit will usually be associated with concurrent hypoxia at the cellular level. The term *hypoxic-ischemic injury* is often used, due to the intimate nature of these two components in mediating cerebral injury in the newborn infant. Finally, asphyxia refers to an impairment of respiratory gas exchange and therefore a concomitant increased $pCO_2$ and acidosis combined with hypoxia. *Asphyxia* is usually associated with alterations in CBF, with the increased $pCO_2$ initially having enhanced CBF via vasodilatory effects. Subsequent impairment of CBF is then usual. Thus central to all mechanisms (hypoxemia, ischemia, and/or asphyxia) is *hypoxia and subsequent substrate deprivation*.

Finally, the terms *neonatal encephalopathy* and *hypoxic-ischemic encephalopathy* should be clarified. *Neonatal encephalopathy* refers to altered behavior in the newborn characteristic of a disturbance in central nervous system functioning. The major etiology of neonatal encephalopathy is hypoxic-ischemic injury, and once identified as the etiology the infant's condition can be more specifically referred to as hypoxic-ischemic encephalopathy, or an encephalopathy resulting from a hypoxic-ischemic insult.[1]

### Mode of Cell Death—Necrosis, Apoptosis, and Autophagy

Before defining the underlying *biochemical and physiological principles* that determine cell death in the immature central nervous system, it is important to delineate the *major modes of cell death* and key factors leading to cell death. Two *fundamental modes of cell death* in the nervous system, as in other tissues, are distinguished: *necrosis* and *apoptosis* (Fig. 13.1). It is now clear that hypoxic-ischemic insults may lead to necrosis or apoptosis, or more commonly a continuum, dependent principally on the severity of the insult and the maturational state of the cell. Certain characteristics readily distinguish these two forms of cell death (Table 13.1).[2-14] Thus *necrotic cell death* is characterized by cell swelling, membrane disintegration, cell rupture, release of intracellular contents, and, as a consequence, inflammation and phagocytosis. By contrast, *apoptosis* is characterized by condensation and margination of chromatin, cell shrinkage, relative preservation of cellular membranes, and death without inflammation or alternative.

Apoptotic cell death is difficult to detect in tissue because of the lack of inflammation and the rapid removal of the cell debris. Apoptotic cell death requires activation of specific death genes, adenosine triphosphate (ATP), and new protein synthesis, which result particularly in a series of biochemical changes that include cleavage of DNA at specific sites to result in the characteristic oligonucleosomal fragmentation (see later). Necrotic cell death occurs typically after intense, sometimes relatively brief insults, whereas apoptotic cell death occurs typically after less intense, longer acting insults. Apoptotic cell death appears to be the dominant form of so-called delayed cell death, observable after many hours to several days in various experimental neonatal models and human brain. Important intrinsic properties of the cell itself determine the mode of cell death relating particularly to the developmental stage of the cell. Thus the susceptibility to apoptosis is enhanced in immature versus mature neurons in vitro and in vivo.[7,15-19] Apoptotic cell death was noted to be common in a study of infants who died after intrauterine hypoxic-ischemic insult (see Chapter 18).[12] Moreover, careful studies in the neonatal piglet subjected to hypoxia-ischemia demonstrated in the same paradigm exclusively necrotic cell death in certain neuronal populations,